IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melia Peterson,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Rae Construction, LLC, et al.,<br><br>　　　　　Defendants. | No.  CV-17-00739-PHX-SPL<br><br>**ORDER** |

On March 10, 2017, Plaintiff brought a complaint for violations of the Fair Labor Standards Act of 1938 ("FLSA"). The parties have notified the Court that they have reached a final settlement that resolves this action, and have filed a joint motion requesting that the Court approve their settlement agreement. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982); *Seminiano v. Xyris Enter., Inc.*, 602 Fed. App'x. 682, 683 (9th Cir. 2015). Having considered the parties' filings, and finding the settlement agreement represents a fair and reasonable resolution of a *bona fide* dispute under the FLSA,

**IT IS ORDERED:**

1. That the parties' Joint Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice (Doc. 15) is **granted**;

2. That the Court **approves** the parties' Settlement Agreement and Release of All Claims (Doc. 15-1);

3. That this action is **dismissed with prejudice**, with each side to bear its own

attorneys' fees, costs and expenses, except as specifically provided in the Settlement Agreement and Release of All Claims (Doc. 15-1); and

  4. That the Clerk of Court shall terminate this case and enter judgment accordingly.

  Dated this 23rd day of June, 2017.

*[signature]*
Honorable Steven P. Logan
United States District Judge
